UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WILLIAMS JAMES HANLEY,**

    **Plaintiff,**

v.                                                                      **Case No.: 8:22-cv-2046-AAS**

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security Administration,**

    **Defendant.**
_____/

## **ORDER**

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 19). This request is unopposed. (*Id.* at 1).

Accordingly, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g) and remanded to the Commissioner for these reasons:

> On remand by the Court, the Appeals Council will forward the case to an Administrative Law Judge who will be instructed to hold a new hearing and solicit testimony from a vocational expert (VE); identify, ask about, and resolve any apparent conflicts between the VE's testimony and the DOT; and issue a new decision that explains the resolution of any apparent conflicts.

The Clerk of the Court is directed to enter judgment in favor of the

plaintiff and close the file.

**ORDERED** in Tampa, Florida on February 22, 2023.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge